**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1658

LYNN A. PEARY,

Plaintiff - Appellant,

versus

PORTER J. GOSS,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-04-966-1)

Submitted: April 10, 2006                    Decided: May 22, 2006

Before LUTTIG* and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David H. Shapiro, Ellen K. Renaud, SWICK & SHAPIRO, P.C., Washington, D.C., for Appellant. Paul J. McNulty, United States Attorney, R. Joseph Sher, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

*Judge Luttig was a member of the original panel but did not participate in this decision. This opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lynn A. Peary appeals the district court's order granting summary judgment to her former employer on her claims of disparate treatment based on age, race, and sex, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-2000e-17 (2000) ("Title VII") and the Age Discrimination in Employment Act, 29 U.S.C. §§ 621-634 (2000) ("ADEA") and a hostile work environment under Title VII.  Finding no reversible error, we affirm on the reasoning of the district court.  <u>See</u> <u>Peary v. Goss</u>, No. CA-04-966-1 (E.D. Va. Apr. 13 & 15, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>